**1130**

HERTZ, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Harry P. Hertz against the Manhattan Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

HOFF, Appellant, v. ROYAL METAL FURNITURE CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Annie C. Hoff against the Royal Metal Furniture Company. No opinion. Motion for leave to appeal to the Court of Appeals granted.

HOLBROOK, Appellant, v. FISH et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Isaac S. Holbrook against Edmund Fish and others. No opinion. Order modified, by inserting a provision limiting the operation of the injunction until the costs of the previous action have been paid, and, as modified, affirmed, without costs.

HOLMBERG, Appellant, v. HASKELL, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by Ruth Holmberg against Julia Haskell. PER CURIAM. Judgment reversed, and new trial ordered, with costs to the appellant to abide event. Held, that upon all the evidence in the case there was a question of fact which should have been submitted to the jury.

In re HONN. (Supreme Court, Appellate Division, Fourth Department. May 8, 1907.) In the matter of the petition of Adelaide Honn for an order revoking and canceling liquor tax certificate No. 16,642, issued to John W. Simpson. No opinion. Order affirmed, with costs.

HUGHES, Respondent, v. NEW YORK TIMES CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Alfred Hughes against the New York Times Company. PER CURIAM. Interlocutory judgment reversed, with costs, and demurrer sustained, with costs, with leave to the plaintiff to plead over on payment of costs within 20 days, on the authority of Hughes v. New York Evening Post, 115 App. Div. 611, 100 N. Y. Supp. 982.

HUMMELL, et al., Respondents, v. REYNOLDS, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1907.) Action by Peter M. Hummell and others against Frank B. Reynolds. PER CURIAM. Order modified, by striking out provisions requiring items of the alleged counterclaim, and, as modified, affirmed, without costs. COCHRANE, J., votes for reversal.

INGRAHAM et al., Respondents, v. INTERNATIONAL SALT CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Frances T. Ingraham and others against the International Salt Company and others, as receivers of the National Salt Company. No opinion. Order affirmed by default, with $10 costs and disbursements. See 100 N. Y. Supp. 192.

INGRAHAM et al., Respondents, v. INTERNATIONAL SALT CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 3, 1907.) Action by Frances T. Ingraham and others against the International Salt Company and others. No opinion. Order affirmed, with $10 costs and disbursements. See 100 N. Y. Supp. 192.

JACOBS, Appellant, v. SILVER et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Morris Jacobs against Max Silver and another. No opinion. Appeal dismissed, without costs.

JACOBS, Respondent, v. SILVER et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Morris Jacobs against Max Silver and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

JARVIS, Appellant, v. KRON, Respondent. (Supreme Court, Appellate Division, Fourth Department. September, 1906.) Action by George W. Jarvis against Philip Kron, as treasurer of Gerard Commandery, No. 254, of the Ancient & Illustrious Order of Knights of Malta. No opinion. Orders affirmed, with $10 costs and disbursements.

JOHNSON, Respondent, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Anna L. Johnson against the board of education of the city of New York. No opinion. Judgment unanimously affirmed, with costs.

JOHNSON, Appellant, v. MANNING, Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Christina Johnson against John J. Manning, as president, etc. No opinion. Motion to dismiss appeal granted, with $10 costs.

JONES, Respondent, v. NEW YORK CONTRACTING CO., PENNSYLVANIA TERMINAL, Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Thomas D. Jones against the New York Contracting Company, Pennsylvania Terminal. No opinion. Motion for a stay pending appeal denied, with costs.

JONES, Respondent, v. STINES, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Howard